**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELISA J. MANDELOS, individually and on
behalf of all others similarly situated,

                Plaintiff,

        - against -                      **JUDGMENT**
                                              CV 18-3821 (SJF)(GRB)

FORSTER & GARBUS, LLP and THE
FORSTER GROUP, INC.,

                Defendants.
------------------------------------------------------------X

      A Memorandum and Order of the Honorable Sandra J. Feuerstein, United States District Judge, having been filed on July 10, 2019, granting defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing plaintiff's Fair Debt Collection Practices Act ("FDCPA") claims in their entirety with prejudice, and directing the Clerk of the Court to enter judgment in favor of defendants and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Elisa J. Mandelos take nothing of defendants Forster & Garbus, LLP, and The Forster Group, Inc.; that defendants' motion for summary judgment is granted; that plaintiff's FDCPA claims are dismissed in their entirety with prejudice; and that this case is closed.

Dated:  Central Islip, New York
         July 11, 2019

                                                          DOUGLAS C. PALMER
                                                         CLERK OF THE COURT

                                    BY:    /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK